Krueger v. Wyeth Inc, et al  
Case 3:03-cv-02496-R-AJB   Document 9   Filed 03/20/2007   Page 1 of 2
Doc. 9



DOCKET NO. 1507   03CV2496

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

*April Krueger v. Wyeth, Inc., et al.*, E.D. Arkansas, C.A. No. 4:04-406
(S.D. California, C.A. No. 3:03-2496)
*Carol Sue Kuhn v. Wyeth*, E.D. Arkansas, C.A. No. 4:03-329
(N.D. West Virginia, C.A. No. 5:03-3)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 07 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the above-captioned actions have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the above-captioned actions be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Arkansas.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Arkansas with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 28 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**　　　　　　　　　　　　　　　　　　　　501-604-5351
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　FAX 501-604-5321

March 7, 2007

Mr. Weldon S. Hamrick, Jr.
Southern District of California
880 Front Street, Suite 4290
San Diego, California 92101

　　　Re:　MDL No. 1507 - In re Prempro Products Liability Litigation
　　　　　E.D. AR Master Case Number 4:03CV01507 WRW
　　　　　April Krueger v. Wyeth, Inc., et al, E.D. Arkansas Case No. 4:04-406
　　　　　(S.D. California Case No. 3:03-2496)

Dear Mr. Hamrick:

　　　A Conditional Remand Order (copy enclosed) of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407(a) was received and filed in this district on March 7, 2007, in the above-referenced case. The enclosed compact disc contains certified copies of the individual docket sheet and the master docket sheet (MDL 1507), together with PDF files of all documents filed in these cases. Please acknowledge receipt of the enclosed by transmitting an email to the Clerk's office at prempro_mdl_clerk@ared.uscourts.gov to the attention of the MDL Clerk.

　　　Please let me know if you have any questions regarding the remand of this case.

Sincerely,

*James W. McCormack*
JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc:　Judicial Panel on
　　　Multidistrict Litigation