FILED

07 MAY -2  PM 3:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL KRUEGER. individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WYETH, INC. f/k/a/ AMERICAN HOME PRODUCTS, a Pennsylvania corporation, et al.,<br><br>        Defendant. | CASE NO. 03CV2496<br><br>ORDER REGARDING MOTION FOR CLASS CERTIFICATION |

This case was recently remanded to this court from the Panel on Multidistrict Litigation. The court has been advised that a motion for class certification was filed before the Panel on Multidistrict Litigation and is currently pending; however, the motion does not appear on the present district court docket.

Accordingly, plaintiff shall file her motion for class certification within 10 days of the filing date of this order. Defendants shall file their opposition to the motion within 10 days of the filing of the motion. Plaintiff shall file her reply within 5 days of the filing of the reply. The motion for class certification is hereby set for oral

. . .

. . .

argument on **Monday, August 6, 2007 at 2:00 p.m. in Courtroom 5**.

     **IT IS SO ORDERED.**

DATED: ___5/1_____ ,2007

                               **JOHN S. RHOADES, SR.**
                               United States District Judge

03CV2496