UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL KRUEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WYETH, INC. *et al.*,<br><br>Defendants. | CASE NO.: 3cv2496-JAH (MDD)<br><br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL** |

Lori Alvino McGill, Norman Pentalovitch, and Jennifer Saulino filed a motion to withdraw as counsel for Defendant in the above-captioned action pursuant to Local Rule 83.3(f)(3). *Doc. Nos*. 393-95. After reviewing the record and the reasons for withdrawal, the Court finds that the withdrawal will not prejudice other litigants or unduly delay resolution of the case.

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Defendant filed by Lori Alvino McGill, Norman Pentalovitch, and Jennifer Saulino is **GRANTED**. Counsels shall be removed from the parties' service lists and the Court's ECF notification system for the above-captioned matter.

**IT IS SO ORDERED**.

DATED: February 11, 2020

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1