# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL KRUEGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH, INC. f/k/a AMERICAN HOME PRODUCTS, a Pennsylvania corporation; WYETH PHARMACEUTICALS f/k/a WYETH AYERST PHARMACEUTICALS, a Pennsylvania corporation; and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No.:  3cv2496-JAH (MDD)<br><br>**ORDER RESETTING TELEPHONIC MOTION HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED the Telephonic Motion Hearing set for August 14, 2020, at 2:30 pm is **VACATED** and **RESET** to **August 19, 2020, at 10:30 a.m.** Chambers staff will contact the parties, prior to the hearing date, with further instructions.

**IT IS SO ORDERED.**

DATED: August 10, 2020

_____
Hon. John A. Houston
United States District Judge

1