**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL KRUEGER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WYETH, INC. f/k/a AMERICAN HOME PRODUCTS, a Pennsylvania corporation; WYETH PHARMACEUTICALS f/k/a WYETH AYERST PHARMACEUTICALS, a Pennsylvania corporation; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. 03-cv-2496-JAH (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION [DOC. 436] TO MODIFY THE PORTION OF THE COURT'S NOVEMBER 12, 2020, ORDER [DOC. 435] CONCERNING THE TIMING OF THE *CY PRES* INSTITUTIONS' FIRST ANNUAL REPORT AND CONFERENCE** |

Before the Court is Plaintiff April Krueger's Motion to Modify the Portion of the Court's November 12, 2020, Order *[Doc. No. 435]* Concerning the Timing of the Cy Pres Institutions' First Annual Report and Conference. *[Doc. No. 436]*.

WHEREAS, the Court having reviewed and considered the Plaintiff's motion and finding it to be well taken and for other good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and that the six medical institutions that received *cy pres* funds pursuant to the Court's November 12, 2020, Order will file their first annual report with the Court (through Class Counsel) on or before December 1, 2022; and hold their first annual conference during the first quarter of 2023. All other provisions of the Court's November 12, 2020, Order pertaining to the *cy pres* medical institutions will remain in effect.

**IT IS SO ORDERED.**

DATED: February 17, 2022

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE